NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEBORAH L. WOOD, a/k/a DEBORAH )
WOOD. )
                                        )
         Appellant, )
                                        )
v. )         Case No.  2D17-3332
                                        )
GREEN TREE SERVICING LLC, )
                                        )
         Appellee. )
_____)

Opinion filed April 13, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Charles Cadrecha of Florida Consumer Law
Center, P.A., Tampa, for Appellant.

Steven J. Brotman and Michael P.
DeSimone of Locke Lord, LLP, West Palm
Beach; and David Rosenberg and Cynthia
L. Comras of Robertson, Anschutz &
Schneid, P.L., Boca Raton, for Appellee.


PER CURIAM.

         Affirmed.


LaROSE, C.J., SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.